443 A.2d 1141

In re Nomination Petition of David SHADDING As Democratic Candidate For the Office of Representative In the General Assembly For the 186th Representative District of Philadelphia County.

Appeal of David SHADDING.

Supreme Court of Pennsylvania.

Argued April 22, 1982.

Decided April 26, 1982.

Stephen Rodos, Philadelphia, for appellant.

Frank M. Jackson, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents and would reverse.

NIX, J., did not participate in the consideration or decision of this case.